UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GATX CORPORATION, a New York Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) ) Case No. 1:24-cv-00491 |
| NORTHLAND PRODUCTS CORPORATION, an Iowa Corporation, | ) ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court
for the Northern District of Illinois, Eastern Division

PLEASE TAKE NOTICE that Defendant Northland Products Company ("Northland"), (incorrectly named as "Northland Products Corporation"), by its attorneys, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes this action from the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois - Eastern Division. As grounds for removal, Northland states as follows:

1. Northland is the defendant in a lawsuit styled *GATX Corporation v. Northland Products Corporation*, Case No. 2023-L-012729, which is pending in the Circuit Court of Cook County, County Department, Law Division (the "State Court Action"). Plaintiff's Complaint was filed on December 18, 2023.

2. On December 21, 2023, Summons (attached hereto as Exhibit 1) and Plaintiff's Complaint (attached hereto as Exhibit 2) were served upon Northland's registered agent. Pursuant

1

to 28 U.S.C. § 1446(a), Exhibits 1 and 2 contain all process, pleadings, and orders served upon Northland to date.

3. Northland is a corporation organized under the laws of the state of Iowa. Northland's principal place of business is in Waterloo, Iowa. Northland is not a citizen of the state of Illinois, where this action was brought.

4. Based on the allegations of the Complaint, Plaintiff is a corporation organized under the laws of the state of New York. *See* Exhibit 2 at ¶ 2. Plaintiff's principal place of business is in Chicago, Illinois. *Id.*

5. As evidenced by the information above, there is complete diversity of citizenship in this action within the meaning of 28 U.S.C. §1332.

6. As set forth in the Complaint, the amount in controversy in this action, exclusive of interest and costs, exceeds the sum or value of seventy-five thousand and 00/100 dollars ($75,000.00). *See* Exhibit 2 at ¶ 26.

7. This action is removable to this Court by Northland pursuant to 28 U.S.C. § 1441 because this Court has original jurisdiction of this civil matter on the basis of diversity of citizenship and the amount in controversy under 28 U.S.C. § 1332. This notice is being filed within thirty (30) days of service of the Summons and Complaint upon Northland, and the State Court Action was commenced within this district.

8. A Notice of Filing of this Notice of Removal, along with a copy of this Notice of Removal, is being filed with the Circuit Court of Cook County, Illinois, County Department, Law Division. Said Notice of Filing and a copy of this Notice of Removal are also being served upon Plaintiff's counsel.

9. Northland respectfully reserves all defenses, including but not limited to all defenses specified in Rule 12(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Northland Products Company removes the aforesaid State Court Action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: January 19, 2024

Respectfully submitted,

FLETCHER & SIPPEL LLC

By: /s/*Thomas C. Paschalis*
      One of the Attorneys for
      Defendant Northland Products Company

Thomas C. Paschalis
Ryan S. Leibforth
Fletcher & Sippel LLC
29 North Wacker Drive, Suite 800
Chicago, Illinois 60606-3208
Telephone:   312-252-1500
Facsimile:    312-252-2400
Email:        tpaschalis@fletcher-sippel.com
              rleibforth@fletcher-sippel.com

**CERTIFICATE OF SERVICE**

The undersigned states that on the 19th day of January, 2024, he served a copy of Defendant's Notice of Removal, via electronic mail, upon:

>John C. Gekas
>Saul Ewing LLP
>161 North Clark Street
>Suite 4200
>Chicago, Illinois 60601
>312-876-4100
>John.gekas@saul.com

By: /s/*Thomas C. Paschalis*
    One of the Attorneys for
    Defendant Northland Products Company